**ENPLAS CORPORATION, Appellant**

v.

**SEOUL SEMICONDUCTOR CO., LTD., North America Seoul Semiconductor, Inc., Appellees**

**2016-1282**

United States Court of Appeals, Federal Circuit.

August 9, 2016

MARC ROBERT LABGOLD, Marc R. Labgold, P.C., Reston, VA, argued for appellant. Also represented by PATRICK J. HOEFFNER; STEVEN B. KELBER, The Kelber Law Group, Washington, DC.

MICHAEL EISENBERG, Holland & Knight, LLP, New York, NY, argued for appellees.

(O'Malley, Wallach, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**